BETTY L. SCHMELZEL, Respondent, v. CLARENCE SCHMELZEL, Appellant. (Appeals Nos. 3 and 4.)

Submitted May 25, 1942; decided June 18, 1942.

*Sidney M. Wittner* for motion.

*J. Fearon Brown* opposed.

Motion denied.